Tuesday, February 21, 2017

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. On consideration of the motion filed by Electronic Frontier Foundation, American Civil Liberties Union, and ACLU of the District of Columbia for leave to file a brief as *amici curiae* in support of Appellee, and the motions filed by Jamie L. Williams and Brett Max Kauffman to appear pro hac vice, it is ordered that said motions are hereby granted.

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. On consideration of Appellant's motion to stay the trial proceedings, it is ordered that said motion is hereby granted. The trial proceedings are hereby stayed pending further order of the Court.

